Order issued November 29, 2012

005111



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00280-CR
No. 05-12-00281-CR
No. 05-12-00282-CR

**LARRY MICHELLE SCHULZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

Before Justices Bridges, O'Neill, and Murphy

Based on the Court's opinion of this date, we set aside the trial court's restitution order and remand the cases to the trial court for a hearing to determine the proper amount of restitution.

We **ORDER** the trial court to transmit a record of the proceedings, including the new written restitution orders, to this Court within **THIRTY DAYS** from the date of this order.

The appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the record of the restitution hearing is received, whichever is earlier.

DAVID L. BRIDGES
JUSTICE